AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MATTHEW KLEIN, and THE HEALTH SPECTRUM, LLC<br><br>*Plaintiff(s)*<br><br>v.<br><br>DIAN OVED, and OVED MEDIA INTERNATIONAL INC d/b/a EMPOWER DIGITAL<br><br>*Defendant(s)* | Civil Action No. 9:22-cv-80160-KAM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Oved Media International Inc.
14003 N 46th Street
Phoenix, AZ 85032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Todd Foster
Stephen Bagge
Barnett, Kirkwood, Koche, Long & Foster P.A.
601 Bayshore Boulevard, Suite 700
Tampa, Florida 33606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 02/02/2022

s/ M. Brown
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court