UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80160-CIV-MARRA

MATTHEW KLEIN and THE HEALTH
SPECTRUM, LLC,

    Plaintiff,
vs.

DIAN OVED and OVED MEDIA INTERNATIONAL
INC., d/b/a EMPOWER DIGITAL,

    Defendants.
_____/

## ORDER REQUIRING COUNSEL TO CONFER, FILE JOINT SCHEDULING REPORT AND FILE JOINT DISCOVERY REPORT

THIS ORDER has been entered upon the filing of the complaint. Plaintiff's counsel is hereby ORDERED to forward to all defendants, upon receipt of either an answer or a motion pursuant to Fed. R. Civ. P. 12(b), a copy of this order.

It is further ORDERED:

1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, defendants must be served within 90 days after the complaint is filed.

2. Every motion when filed shall be accompanied by a proposed order, except for motions to dismiss and motions for summary judgment. Courtesy copies of proposed orders should be sent to **marra@flsd.uscourts.gov** in Word format. The **case number** along with the words, "proposed order," should be in the subject heading.

3. Pretrial discovery in this case shall be conducted in accord with Local Rules 16.1 and 26.1, and the Federal Rules of Civil Procedure.

4. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, unless this action is

excluded under Rule 26(a)(B), the parties must confer at least twenty-one (21) days before the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared, to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case; to make or arrange for the disclosures required by Rule 26(a)(1); to develop a proposed discovery plan that indicates the parties' views and proposals concerning the matters listed in Rule 26(f); and to discuss a joint proposed scheduling order.

5.  The parties are jointly responsible for submitting a written report of this conference outlining the proposed discovery plan and joint proposed scheduling order within 14 days after the conference.  This report shall address all items set forth in Local Rule 16.1(a)-(b) and **shall indicate the proposed month and year for the trial** plus the estimated number of trial days required, as well as an indication of whether the trial is to be a **Jury trial or Bench trial**.

6.  Failure of counsel or unrepresented parties to file a discovery plan report or joint scheduling report may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

DONE AND SIGNED in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of February, 2022.

KENNETH A. MARRA
United States District Judge

Copies furnished to:

All counsel