UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MATTHEW KLEIN, and THE
HEALTH SPECTRUM, LLC

        Plaintiffs,                Case No: 9:22-cv-80160-KAM

v.

DIAN OVED, and OVED MEDIA INTERNATIONAL
INC. d/b/a EMPOWER DIGITAL

        Defendants.
_____/

**NOTICE OF FILING CHANGE OF EMAIL ADDRESS**

You are hereby notified that effective immediately, the email address for the below counsel for Defendant has changed as follows:

| **Former Email Address** | **New Email Address** |
|---|---|
| tfoster@tfosterlaw.com | tfoster@barnettbolt.com |

                                     Respectfully submitted,

                                       */s/ Todd Foster*
                                       TODD FOSTER
                                       Florida Bar No.: 0325198
                                       tfoster@barnettbolt.com
                                       **BARNETT, KIRKWOOD, KOCHE,**
                                       **LONG & FOSTER, P.A.**
                                       601 Bayshore Blvd. Suite 700
                                       Tampa, FL 33606
                                       Telephone: (813) 253-2020
                                       *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed the foregoing on this 10th day of February 2022, which will send a notice of electronic filing to all counsel of record.

/s/ Todd Foster
TODD FOSTER