UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80160-CIV-MARRA/REINHART

MATTHEW KLEIN, et al.,

        Plaintiffs,

v.

DIAN OVED, et al.,

        Defendants.
_____/

## REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION (ECF No. 7)

Before this Court is Plaintiffs' Motion for a Preliminary Injunction (DE 7), which was referred to the undersigned by the Honorable Kenneth A. Marra for appropriate disposition. ECF No. 13. The day after Plaintiffs filed their motion, Defendants filed a motion to dismiss the Complaint for lack of personal jurisdiction. ECF No. 11. I entered an order notifying the parties that Plaintiffs' motion for a preliminary injunction would remain in abeyance until Judge Marra determined whether the Court had personal jurisdiction over Defendants. ECF No. 14.

On April 4, 2022, Judge Marra granted in part the motion to dismiss, finding that the "conclusory allegations" in the Complaint were "insufficient to establish a prima facie case of personal jurisdiction over Defendants." ECF No. 18 at 3. Judge Marra afforded Plaintiffs an opportunity to amend their pleadings and an Amended Complaint was filed on April 19, 2022. ECF No. 19. Defendants have since filed another motion to dismiss (ECF No. 22), again claiming that the Court lacks personal jurisdiction over them. That motion remains pending.

Given that Plaintiffs' Motion for a Preliminary Injunction seeks relief based on the allegations in the original Complaint, which is no longer the operative pleading, I **RECOMMEND** that Plaintiffs' motion should be **DENIED WITHOUT PREJUDICE TO RENEW**.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Kenneth A. Marra, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**IF A PARTY DOES NOT INTEND TO OBJECT TO THIS REPORT AND RECOMMENDATION, THEY SHALL FILE A NOTICE TO THAT EFFECT WITHIN FIVE (5) DAYS.**

**DONE AND SUBMITTED** in Chambers this 6th day of July, 2022, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE