UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-80160-KAM

MATTHEW KLEIN, and THE
HEALTH SPECTRUM, LLC

Plaintiffs,

v.

DIAN OVED, and OVED MEDIA
INTERNATIONAL INC. d/b/a EMPOWER
DIGITAL,

Defendants.
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

This cause is before the Court upon Plaintiffs' Motion for a Preliminary Injunction. (DE 7).

This matter was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated July 6, 2022, has been filed. (DE 27.) The Report recommends that the Motion be denied without prejudice to renew. The Court has conducted an independent *de novo* review of the file and no objections have been filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation (DE 27) is **AFFIRMED AND ADOPTED**.

2) Plaintiffs' Motion for a Preliminary Injunction (DE 7) is **DENIED WITHOUT PREJUDICE TO RENEW.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of August, 2022.

KENNETH A. MARRA
United States District Judge