**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE No.: 22-CV-80160-MARRA/REINHART**

MATTHEW KLEIN, and THE
HEALTH SPECTRUM, LLC

        Plaintiffs,

v.

DIAN OVED, and OVED MEDIA INTERNATIONAL
INC. d/b/a EMPOWER DIGITAL

        Defendants.
_____/

## ORDER ADOPTING PARTIES' FORENSIC PROTOCOL

THIS CAUSE is before me in accordance with my prior order directing the parties to submit a proposed joint forensic protocol governing the extraction of data from the electronic device at issue. ECF No. 74. I have reviewed the parties' proposed stipulated forensic protocol, attached hereto as Exhibit "A." Aside from the language in Paragraphs 1(c)(4), 1(c)(10), and 3(b)(v), that seeks to bind the Court in advance regarding the imposition of sanctions and any *in camera* review, the proposed forensic protocol is hereby ADOPTED. In the event of a dispute, the parties shall follow the procedures set forth in the Court's Standing Discovery Order (ECF No. 44).

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 19th day of December, 2022.

_____
BRUCE REINHART
United States Magistrate Judge