UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-80160-KAM

MATTHEW KLEIN, and THE
HEALTH SPECTRUM, LLC,

Plaintiffs,

v.

DIAN OVED, and OVED MEDIA
INTERNATIONAL INC. d/b/a EMPOWER
DIGITAL,

Defendants.
_____/

## **ORDER**

The above-styled cause has been set for an oral argument on Plaintiff's Motion for a Preliminary Injunction (DE 75) on Friday, February 3, 2023 at 10:00 a.m. before United States District Judge Kenneth A. Marra, 701 Clematis Street, Courtroom 4, West Palm Beach, Florida. The Court is particularly interested in hearing argument on the issue of collateral estoppel and whether if collateral estoppel applies, there is a need for an evidentiary hearing on the motion.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of January, 2023.

KENNETH A. MARRA
United States District Judge