## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

MATTHEW KLEIN, and THE
HEALTH SPECTRUM, LLC

    Plaintiffs,                                                        Case No: 9:22-cv-80160-KAM

v.

DIAN OVED, and OVED MEDIA INTERNATIONAL
INC. d/b/a EMPOWER DIGITAL

    Defendants.
_____/

DIAN OVED, and OVED MEDIA INTERNATIONAL
INC. d/b/a EMPOWER DIGITAL

    Counter-Claimants,

v.

MATTHEW KLEIN, and THE
HEALTH SPECTRUM, LLC, and MARY ELKINS,

    Counter-Defendants.
_____/

**<u>DEFENDANTS/COUNTER-CLAIMANTS' NOTICE OF SERVICE OF SUMMONS AND COUNTERCLAIM ON COUNTER-DEFENDANT MARY ELKINS;
AFFIDAVIT OF PROCESS SERVER</u>**

        On February 24, 2023, Defendants/Counter-Claimants, DIAN OVED and OVED MEDIA INTERNATIONAL, INC. d/b/a EMPOWER DIGITAL, by and through their undersigned counsel, served the Summons in a Civil Action, Defendants' Answer and Counterclaim, and Third Amended Complaint filed in this action on Counter-Defendant MARY ELKINS. Pursuant to Federal Rule of Civil Procedure 4(l), the affidavit of the process server who effected service of

1

process on MARY ELKINS is attached hereto as Exhibit "A."

Dated: February 24, 2023

Respectfully submitted,

*/s/ Troy Beecher*
Troy Beecher, Esq.
Florida Bar No. 37348
**GOLDBERG SEGALLA, LLP**
800 N. Magnolia Ave, Suite 450
Orlando, FL 32803
Phone: (407) 458-5612
tbeecher@goldbergsegalla.com
pborges@goldbergsegalla.com

*Counsel for Defendants and Counter-Claimants*

-and-

*/s/ Farhad Novian*
Farhad Novian, Esq.
California Bar No. 118129
Lauren Woodland, Esq.
California Bar No. 283052
**Novian & Novian, LLP**
1801 Century Park East
Suite 1201
Los Angeles, CA 90067
Phone: (310) 553-1222
farhad@novianlaw.com
laurenw@novianlaw.com

*Co-Counsel for Defendants and Counter-Claimants, Admitted Pro Hac Vice*

# EXHIBIT A

# RETURN OF SERVICE

**State of Florida**  **County of**  **Southern District Court**

Case Number: 9:22-CV-80160-KAM

Plaintiff: **MATTHEW KLEIN AND THE HEALTH SPECTRUM**
vs.
Defendant: **DIAN OVED and OVED MEDIA INTERNATIONAL, INC. d/b/a EMPOWER DIGITAL,**

For:
Troy Beecher, Esq
Goldberg Segalla, Llp
800 N. Magnolia Ave
Suite 450
Orlando, FL 32803

Received by L & L Process, LLC. on the 31st day of January, 2023 at 6:45 pm to be served on **MARY ELKINS, 836 CLAREMORE DR, WEST PALM BEACH, FL 33401**.

I, Joseph Leonardi, do hereby affirm that on the **23rd day of February, 2023** at **10:25 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Third Amended Complaint and Defendants' Answer and Counterclaim** with the date and hour of service endorsed thereon by me, to: **FAYE KENNEDY-ELKINS** as **CO-RESIDENT** at the address of: **1600 FLORIDA AVE., WEST PALM BEACH, FL 33401**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
2/2/2023  10:30 am  Attempted Service at 1600 FLORIDA AVE., WEST PALM BEACH, FL 33401. A 80 year old lady stated there's no Mary Elkins or any other name lliveds here.
2/2/2023  10:50 am  Attempted Service at 836 CLAREMORE DR, WEST PALM BEACH, FL 33401. No cars in driveway, lawn is well kept. No answer at residence.
2/5/2023  1:30 pm  Attempted Service at 836 CLAREMORE DR, WEST PALM BEACH, FL 33401. No cars in the driveway, no answer at residence, No answer, left card in the door.
2/6/2023  12:30 pm  Attempted Service at 1600 FLORIDA AVE., WEST PALM BEACH, FL 33401. Another older woman answer the door and stated no Mary Elkins lives here.
2/6/2023  8:05 pm  Attempted Service at 836 CLAREMORE DR, WEST PALM BEACH, FL 33401. No cars in driveway, no lights on inside house.
2/11/2023  12:15 pm  Attempted Service: 836 CLAREMORE DR, WEST PALM BEACH, FL 33401. No answer at residence, no cars in driveway. Neighbor cannot see over to the property.
2/21/2023  7:05 pm  Attempted Service at 836 CLAREMORE DR, WEST PALM BEACH, FL 33401. No lights, no cars. Garbage cans are empty.
2/22/2023  9:50 am  Attempted Service at 836 CLAREMORE DR, WEST PALM BEACH, FL 33401. No answer at the door, no car. No dogs. No movement.
2/22/2023  6:30 pm  Attempted Service: 1600 FLORIDA AVE., WEST PALM BEACH, FL 33401. No lights. No answer, no cars seen.
2/22/2023  8:40 pm  Attempted Service at 836 CLAREMORE DR, WEST PALM BEACH, FL 33401. No lights, no cars, no movement.
2/23/2023  8:20 am  Attempted Service at 836 CLAREMORE DR, WEST PALM BEACH, FL 33401. Server knocked, no answer. No answer. Card is still there.
2/23/2023  9:05 am  Attempted Service at 1600 FLORIDA AVE., WEST PALM BEACH, FL 33401. Server spoke with an old lady and said her name was Faye Kennedy Elkins and stated nobody by the name Mary Elkins is there.
2/23/2023  3:30 pm  Attempted Service at 1600 FLORIDA AVE., WEST PALM BEACH, FL 33401. No answer at the door, no cars seen.
2/24/2023  10:25 am  Attempted Service at 1600 FLORIDA AVE., WEST PALM BEACH, FL 33401. Server knocked on the door and the same female he spoke yesterday (she said her name is Faye Kennedy Elkins) answered from the side curtain at the front door. Server identified himself and explain the contents of the documents. The female refused to accept the documents and didn't open the door. Server informed her he would be leaving the documetns at the front door and proceeded. Per client's instructions server dropped served and a photo of service.  Service executed.

## RETURN OF SERVICE For 9:22-CV-80160-KAM

**Description** of Person Served: Age: 85, Sex: F, Race/Skin Color: WHITE, Height: 5'7", Weight: 130, Hair: GRAY, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

_____
**Joseph Leonardi**
CPS 364

**L & L Process, LLC.
13876 SW 56 Street
Suite 200
Miami, FL 33175
(305) 772-8804**

Our Job Serial Number: LLP-2023000323

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed the foregoing on this 24th day of February 2023, which will send a notice of electronic filing to all counsel of record.

*/s/ Troy Beecher*
Troy Beecher, Esq.

4