UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-80160-KAM

MATTHEW KLEIN, and THE
HEALTH SPECTRUM, LLC,

Plaintiffs,

v.

DIAN OVED, and OVED MEDIA
INTERNATIONAL INC. d/b/a EMPOWER
DIGITAL,

Defendants.
_____/

## **ORDER**

This cause is before the Court upon Plaintiffs' Expedited Sanctions Motion (DE 126). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The Court denies the request for expedited relief. The Motion will be decided in the ordinary course.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of March, 2023.

KENNETH A. MARRA
United States District Judge